UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYRELL LADON RICHARDSON,

    Petitioner,

v.

DEBRA L. SCUTT,

    Respondent.

_____/

Case No. 2:09-CV-11088
HONORABLE AVERN COHN
UNITED STATES DISTRICT JUDGE

## JUDGMENT

The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable Avern Cohn, a United States District Court Judge, presiding, and in accordance with the Memorandum and Order entered on November 29, 2011.

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED AND ADJUDGED that a Certificate of Appealability is DENIED.

Dated at Detroit, Michigan, this _29th, day of November, 2011

    S/Avern Cohn
    Honorable Avern Cohn
    United States District Judge

I hereby certify that a copy of the foregoing document was mailed to Tyrell Richardson 601396, G. Robert Cotton Correctional Facility, 3500 N. Elm Road, Jackson, MI 49201 and the attorneys of record on this date, November 29, 2011, by electronic and/or ordinary mail.

    S/Julie Owens
    Case Manager, (313) 234-5160