UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYRELL LADON RICHARDSON,

       Petitioner,                            Case No. 2:09-CV-11088
v.                                     HONORABLE AVERN COHN
                                          UNITED STATES DISTRICT JUDGE
DEBRA L. SCUTT,

       Respondent.
_____/

## JUDGMENT

The above entitled matter having come before the Court on a Petition for Writ of

Habeas Corpus, Honorable Avern Cohn, a United States District Court Judge, presiding,

and in accordance with the Memorandum and Order entered on November 29, 2011.

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is

DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED AND ADJUDGED that a Certificate of Appealability is

DENIED.

Dated at Detroit, Michigan, this _29th, day of November, 2011

                                  S/Avern Cohn
                                  Honorable Avern Cohn
                                 United States District Judge

I hereby certify that a copy of the foregoing document was mailed to Tyrell Richardson
601396, G. Robert Cotton Correctional Facility, 3500 N. Elm Road, Jackson, MI 49201 and
the attorneys of record on this date, November 29, 2011, by electronic and/or ordinary
mail.

                                  S/Julie Owens
                                  Case Manager, (313) 234-5160